UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CONAIR CORPORATION and BABYLISS FACO SPRL,<br><br>Plaintiff(s),<br><br>v.<br><br>TAIZHOU JINBA HEALTH TECHNOLOGY CO., LTD.,<br><br>Defendant(s). | Case No. 2:15-CV-1328 JCM (CWH)<br><br>ORDER |

Presently before the court is *Conair Corp et al v. Taizhou Jinba Health*, case number 2:15-cv-1328-JCM-CWH.

On December 17, 2015, this court granted default judgment for plaintiffs Conair Corporation and Babyliss Faco SPRL and ordered a permanent injunction against defendant Taizhou Jinba Health. (Doc. #13). The court also set a hearing for January 20, 2016, to determine the amount of damages, if any, to award to plaintiffs.

On January 13, 2016, the United States, who is not a party to this action, filed a motion to vacate the order or, in the alternative, strike paragraphs P and Q from the injunction. (Doc. #14). However, in accordance with Federal Rule of Civil Procedure 24, the government must first file a "timely motion" to intervene upon which the court must rule before the court can address the intervening party's substantive claim. Therefore, the court strikes the government's motion to vacate or strike. They government may refile after any motion to intervene is resolved.

The court wishes to give plaintiffs the opportunity to respond to the motions the government may file before determining the appropriate damages. Accordingly, the court will

**James C. Mahan**
**U.S. District Judge**

1  continue the damages hearing until February 17, 2016. Furthermore, the parties shall file
2  supplemental briefing to support the argument they intend to present at the damages hearing.
3  Accordingly,
4  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the damages hearing
5  currently set for January 20, 2016, at 11:00 am be, and the same hereby is, CONTINUED to
6  **February 17, 2016, at 10:00 am in courtroom 6A.** Each party shall have up to **February 6, 2016**
7  **at 12:00 pm** to file a memorandum and any supporting documentation on the issue of damages.
8  IT IS FURTHER ORDERED that the government's motion to vacate order or in the
9  alternative to strike paragraphs P and Q be, and the same hereby is, STRIKEN from the record.
10 DATED January 15, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**