IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

CONAIR CORPORATION and BABYLISS FACO SPRL,

    Plaintiffs,

v.

TAIZHOU JINBA HEALTH TECHNOLOGY CO., LTD.,

    Defendant.

Case No. 2:15-cv-01328-JCM-CWH

Hon. Judge James C. Mahan
Magistrate Judge Carl W. Hoffman

### [PROPOSED] RULE 58 FINAL JUDGMENT

IT IS HEREBY decided, determined, adjudged and decreed, based on the evidence and the showing of Plaintiffs during the February 17, 2016 default judgment damages prove-up hearing, and as otherwise appears from the record, that Defendant has caused damages and is liable to Plaintiffs in the amount of **$407,000**, which sum includes lost profits of $130,000 trebled under 35 U.S.C. § 284 because I find Defendants' infringement to have been willful, and also includes $17,000 in attorneys' fees under 35 U.S.C. § 285 because I find that this case stands out from others as an exceptional case warranting an award of attorneys' fees to Plaintiffs as a prevailing party.

Dated: February 17, 2016

IT IS SO ORDERED

_____
United States District Judge