# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CONAIR CORPORATION and  )
BABYLISS FACO SPRL,  )
 )
        Plaintiffs,  )  **Case No.: 2:15-cv-01328-JCM-CWH**
  vs.  )
 )
UNITED STATES OF AMERICA,  )
 )
        Defendant.  )

# ORDER FOR RELEASE OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, **IT IS HEREBY ORDERED** that counsel shall have until 4:00 p.m. on November 3, 2017 to retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. If the exhibits are not retrieved by counsel prior to that date, the Clerk is authorized to destroy said exhibits on November 3, 2017.

**DATED** October 13, 2017.

_____
James C. Mahan, U.S. District Judge
United States District Court

**NOTICE TO COUNSEL:** Please sign below to designate a member of your staff or a legal courier service to pick up the exhibits. Please note whether you represent plaintiff or defendant.
I authorize_____ to retrieve *Plaintiffs'/Defendant's* exhibits.
                (name)                                  (circle one)

Dated:_____      _____
                                                     Signature of counsel

Plaintiffs' exhibits received by: _____     Date:_____

Defendant's exhibits received by: _____    Date:_____